1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
2  402 W. BROADWAY, SUITE 2300
   SAN DIEGO, CA 92101-3542
   TELEPHONE: 619.234.6655
3  FACSIMILE: 619.234.3510

4  JAMES N. GODES, BAR NO. 132183
   DARRELL L. PUGH, BAR NO. 201801
   ATTORNEYS FOR DEFENDANTS, SPENCER GIFTS, INC.
5  AND SUSAN WALSH

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAULA J. MINATRE, | CASE NO. 1:05-CV-80-REC-LJO |
| PLAINTIFF, | MAGISTRATE JUDGE: LAWRENCE J. O'NEILL |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SPENCER GIFTS, INC.; SUSAN WALSH; AND DOES 1 THROUGH 50, INCLUSIVE, | |
| DEFENDANTS. | |

In light of the settlement of this action, the parties hereto, through their respective counsel of record, hereby stipulate that the above-captioned action shall be dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

Dated: February 14, 2006        LAW OFFICES OF MARK ALEXANDER

                                BY: _____ /S/ _____
                                MARK ALEXANDER
                                ATTORNEYS FOR PLAINTIFF,
                                PAULA MINATRE

1

STIPULATION AND ORDER
FOR DISMISSAL
CASE NO. 05-CV-80-REC-LJO

SDCA_281558.1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  February 14, 2006 | FOLEY & LARDNER LLP<br>DARRELL L. PUGH |
| | BY: _____/S/_____<br>DARRELL L. PUGH<br>ATTORNEYS FOR DEFENDANTS,<br>SPENCER GIFTS, LLC AND SUSAN WALSH |

## ORDER

**IT IS SO ORDERED** that the above-captioned action is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

Dated:  2/27/06      /s/ ROBERT E. COYLE
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the **County of** , **State of California**.  I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2300, San Diego, CA  92101-3542**.

On **December 23, 2005**, I served the foregoing document(s) described as: Stipulation for Plaintiff's Mental Examination on the interested parties in this action as follows:

_X_    BY THE FOLLOWING MEANS:
      I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

*Attorney for Plaintiff: Paula J. MInatre*
Mark J. Alexander
1500 J. Street
Modesto, CA 95354

_X_    BY MAIL
____      I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Diego, California**.

____      I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**.  I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

____      I deposited the envelope(s) in a facility regularly maintained by the United States Postal Service for receipt of Express Mail, with Express postage fully prepaid.

____      I am readily familiar with the firm's practice for collection and processing of correspondence for Express Mail; the firm deposits the collected correspondence with a facility regularly maintained by the United States Postal Service for receipt of Express Mail that same day, in the ordinary course of business, with Express Mail postage thereon fully prepaid, at **San Diego, California**.  I placed the envelope(s) for collection and Express Mailing on the above date following ordinary business practices.

_X_    Executed on **December 23, 2005,** at **San Diego, California**.

____      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**María Peña**

PROOF OF SERVICE
PAULA MINATRE (SET ONE)
CASE NO. 05-CV-80-REC-LJO

SDCA_281558.1

PDF created with pdfFactory trial version www.pdffactory.com